ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Ameresco Select, Inc. | ) ASBCA Nos. 62023, 62024 |
| | ) |
| Under Contract No. DACA87-97-D-0011 | ) |

APPEARANCE FOR THE APPELLANT:    Ron. R. Hutchinson, Esq.
    Doyle & Bachman, LLP
    Arlington, VA

APPEARANCE FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: June 21, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62023, 62024, Appeals of Ameresco Select, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals